# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Alexander Polanco Retana,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>Respondents. | No. CV-25-04370-PHX-KML (JZB)<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED** the temporary restraining order (Doc. 5) is **DISSOLVED**.

**IT IS FURTHER ORDERED** the Stipulation (Doc. 12) is **GRANTED**. The parties shall comply with the terms of their stipulation.

**IT IS FURTHER ORDERED** this case is **DISMISSED WITHOUT PREJUDICE**, each side bearing its own fees and costs.

Dated this 26th day of November, 2025.

Honorable Krissa M. Lanham
United States District Judge